```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/6/09
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SCRANTON LIMITED,
                Plaintiff,

-against-

KOREA LINE CORPORATION, SEOUL,
                Defendant.

**ORDER**

09 Civ. 00147 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        On January 20, 2009, the Court denied Plaintiff Scranton Limited's request for a Rule B attachment order. The Court further gave Plaintiff leave to submit an Amended Verified Complaint on or before January 30, 2009, and stated that absent the submission of a properly supported Amended Verified Complaint, or an affidavit showing good cause why the case should not be dismissed, the action would be dismissed without prejudice. Plaintiff has not submitted either an amended complaint or an affidavit. Therefore, this action is hereby DISMISSED without prejudice and the Clerk of the Court is directed to close this case.

        The Court further directs that if Plaintiffs commence any new action in this District concerning the dispute at issue in the Verified Complaint, or the related arbitration, it shall designate the new action as related to this action.

Dated: New York, New York
       February 6, 2009

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge